# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD HOFFMAN and ANDREW TEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00846-JLS-KES<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL (Doc. 79)** |

# ORDER

Having considered the Parties' Stipulation of Dismissal (Doc. 79) and the entire record herein, it is ORDERED that this action is hereby DISMISSED WITH PREJUDICE as to all claims asserted individually by Plaintiff Hoffman and Plaintiff Ten and WITHOUT PREJUDICE as to any claims of any absent or unnamed members of the putative class.  Each side shall be responsible for and bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated:   September 2, 2022

                                                   Hon. Josephine L. Staton
United States District Court Judge